## IN THE UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF OKLAHOMA

In re: Gilbert T, Arnold,        )
                                 )        Case No. 14-14465
        Debtor.                  )        Chapter 13

### STATEMENT THAT THERE ARE NO INCOME TAX RETURNS

**COMES NOW** Gilbert T. Arnold, Debtor in the above referenced Bankruptcy proceeding, by and through her counsel, and respectfully represents to the Court that the Debtor herein did not file income tax returns for the year of 2013. A signed affidavit follows.

Dated the  18th  day of December, 2014.

By: /s/ Tearsa Storms Olson
Tearsa Storms Olson, OBA# 30265
2400 NW 23rd St. Suite 102
Oklahoma City, OK 73106
Tel: (405) 582-0012
Fax: (405) 212-4872
tearsastorms@gmail.com
Attorney for Debtor

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF OKLAHOMA

In re: Gilbert T, Arnold,           )
                                    )           Case No. 14-14465
Debtor.                             )           Chapter 13

## AFFIDAVIT REGARDING TAX RETURNS

My name is Gilbert T. Arnold. After being duly sworn, I do hereby declare under penalty of perjury the following:

1. I am the Chapter 13 debtor in the above styled Chapter 13 case.
2. I have no filed a tax return for 2013. I was not required to file a tax return for the following reason:

   *I did not work that year. I have no income to claim on taxes.*

Submitted this 6 day of December, 2014.

_____
Gilbert T. Arnold, Debtor and Affiant


STATE OF OKLAHOMA          )
                           ) §§
COUNTY OF OKLAHOMA         )

Subscribed and sworn to me this 6 day of Dec, 2014.

TOLBERT EARL WYATT
Notary Public
State of Oklahoma
Commission # 11002058  Expires 03/19/15

My Commission Expires                          _____
                                               NOTARY PUBLIC

## **CERTIFICATE OF SERVICE**

This is to certify that on the 18th day of **December**, **2014**, a true and correct copy of the above and foregoing **STATEMENT THAT THERE ARE NO INCOME TAX RETURNS** [Document No. 10 ] filed on the 18th day of **December**, **2014,** was served through the Court's CM/ECF electronic mail to the parties shown below:

    John Hardeman, Chapter 13 Trustee

    Assistant United States Trustee's Office

Further, this is to certify that on the 18th day of **December**, **2014**, a true and correct copy of the above and foregoing **STATEMENT THAT THERE ARE NO INCOME TAX RETURNS** [Document No. 10 ] filed on the 18th day of **December**, **2014,** was served via U.S. Mail, first class postage prepaid, to the following:

    Oklahoma Tax Commission
    Attn: Sean R. McFarland
    Assistant General Counsel
    120 N. Robinson, Suite 2000W
    Oklahoma City, OK 73102-7801

                                      /s/    Tearsa Storms Olson
                                      Tearsa Storms Olson, OBA# 30265