# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF OKLAHOMA

IN RE: _Gilbert T. Arnold_ )

))))) BK- _14-14465_ NLJ

_____
Debtor(s).

Chapter 13

## TRUSTEE'S OBJECTION AND/OR
## REQUEST FOR SETTING OF HEARING ON CONFIRMATION

The Chapter 13 Trustee hereby requests this court set the above-styled matter for a confirmation hearing, and for cause therefore would state:

☒ Trustee objects to confirmation

☒ The proposed plan is not feasible    ❑ Terms must increase    ❑ Per I & J _____

❑ Plan Payments are not current    ❑ Filing fee not paid in full    ❑ DSO information not provided

❑ Plan fails to pay general unsecured pursuant to means test _____

❑ Certificate of service  ❑ not provided or  ❑ time has not run

❑ 60 days pay vouchers not provided_____

❑ All debts not provided for _____

❑ Plan was not proposed in good faith    ❑ Paying for item(s) not necessary for reorganization

❑ Tax returns not provided    ❑ Plan fails to pay liquidation value_____

❑ Debtor(s) are above median income and plan not proposed for 60 months

☒ Oklahoma Tax Commission objects to confirmation ☒ Unfiled returns for _2013_

❑ Internal Revenue Service objects to confirmation ❑ Unfiled returns for _____

❑ Creditor in attendance objects to confirmation _____

❑ Written objection filed by _____

❑ Other _____

_____
_____
_____

❑ Any dismissal shall be requested with prejudice

If the case is not confirmed, the Trustee requests dismissal and any other relief the court deems just.

DATE: _12/18/14_

Respectfully submitted,

_John Hardeman_
John Hardeman
Chapter 13 Trustee

cc: Original filed with Clerk
Debtor(s) Attorney

*****************************************************************
## NOTICE OF HEARING

Pursuant to Trustee's Request for Setting of Hearing on Confirmation, this case will be set for a Confirmation Hearing on _1/13/15_, at _9:30_ a.m. in the Second Floor Courtroom, before the Honorable Niles L. Jackson. The Clerk of the Court will provide proper notice thereof in compliance with the applicable rules of procedure. **Any party desiring to be heard at the Confirmation Hearing must file a written objection no later than twenty days after the conclusion of the § 341 Meeting of Creditors. Loc. R. Bankr. P. 3015(e)(1) and (e)(3).**