IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | |
| GILBERT T. ARNOLD, | ) | Case No. 14-14465 |
| | ) | |
| Debtors. | ) | Chapter 13 |

**DEBTOR'S OBJECTION TO TRUSTEE'S MOTION TO DISMISS**

Debtor Gilbert T. Arnold, by and through his attorney of record, hereby objects to the Trustee's Motion to Dismiss his Chapter 13 case. In support thereof, Debtor alleges and states as follows:

1. On October 27, 2014, the Debtor filed a Petition under Chapter 13 of the Bankruptcy Code.

2. On January 29, 2015, this Court entered its Order Confirming Plan.

3. After confirmation, DEUTSCHE BANK NATL filed a claim in an amount greater than was scheduled and the payment of the referenced claim as filed would result in a plan term of 82 months.

4. Debtor filed his Motion to Modify Confirmed Plan, Request for Compensation with Brief in Support and Notice of Opportunity for Hearing on March 13, 2015. The Motion proposes a modification to render the Chapter 13 Plan feasible.

5. The Motion to Dismiss should be denied.

WHEREFORE, premises considered, Debtor respectfully requests this Court issue an Order Denying the Trustee's Motion to Dismiss.

Respectfully submitted,

/s Tearsa Storms Olson
Tearsa Storms Olson   OBA#30264
Storms Law Office, PC
2400 NW 23rd St., Suite 102
Oklahoma City, OK 73107
Telephone: (405) 582-0012
Fax: (405) 212-4872
Email: tearsastorms@gmail.com
Attorney for Debtor

## CERTIFICATE OF SERVICE

This is to certify that on the **18th** day of **March**, **2015**, a true and correct copy of the **Debtor's Objection to Trustee's Motion to Dismiss** [Document No. 22] filed on the **18th** day of **March**, **2015** was forwarded via U.S. Mail, first class, postage prepaid, to the following:

All creditors on the attached mailing matrix.

/s/ Tearsa Storms Olson
Tearsa Storms Olson, OBA# 30265

```
Label Matrix for local noticing          Oklahoma Tax Commission              USBC Western District of Oklahoma
1087-5                                   Legal Division                       215 Dean A. McGee
Case 14-14465                            120 N Robinson Suite 2000W           Oklahoma City, OK 73102-3426
Western District of Oklahoma             Oklahoma City, OK 73102-7801
Oklahoma City
Fri Mar 13 14:15:33 CDT 2015

American InfoSource LP as agent for      Andrew R Chilson                     Bank of America
T Mobile/T-Mobile USA Inc                609 S Kelly Ave Ste A-2              PO Box 5170
PO Box 248848                            Edmond OK 73003-5696                 Simi Valley CA 93062-5170
Oklahoma City, OK  73124-8848


DEUTSCHE BANK NATIONAL TRUST COMPANY     Deutsche Bank National Trust         Kozeny & McCubbin LC
c/o Bank of America, N.A.                200 Crescent Court Ste 1040          609 S Kelly Ave Ste A-2
Attention: Bankruptcy Department         Dallas TX 75201-2103                 Edmond OK 73003-5696
Mail Stop CA6-919-01-23
400 National Way
Simi Valley, CA 93065-6414

U.S. Trustee                             Gilbert T Arnold                     John T. Hardeman
United States Trustee                    2529 NW 38th Pl                      PO Box 1948
215 Dean A. McGee Ave., 4th Floor        Lawton, OK 73505-1815                Oklahoma City, OK 73101-1948
Oklahoma City, OK 73102-3444


Tearsa Storms Olson
Storms Law Office
2400 NW 23rd St., Ste. 102
Oklahoma City, OK 73107-2438
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(u)Bank of America, N.A. as servicer for DEUT      End of Label Matrix
                                                   Mailable recipients    12
                                                   Bypassed recipients     1
                                                   Total                  13
```